J. N. Coombs *et al.,* Plaintiffs in Error, v. The Louisville and Nashville Railroad Company, Defendant in Error.

Writ of error to Circuit Court, Franklin county; Lucius J. Reeves, Judge.

Geo. P. Raney for plaintiffs in error.

Robert J. Boone for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 24.